No. 1112.  LEIGHTON *v.* ONE WILLIAM STREET FUND, INC., ET AL., 394 U. S. 988.  Petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 1369, October Term, 1967.  SONDEREGGER *v.* HEISS, 392 U. S. 931, 393 U. S. 903.  Motion for leave to file second petition for rehearing denied.  MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.

JUNE 9, 1969.

No. 1275, October Term, 1967.  BUTTERMAN ET UX. *v.* WALSTON & Co., INC., ET AL., 391 U. S. 913.  Petition to reopen and other relief denied.

No. ——.  IN RE SKOLNICK; and
No. ——.  IN RE ALBRIGHT.  C. A. 7th Cir.  Petitions to conduct investigations and other relief denied.

No. ——.  MANUEL *v.* ILLINOIS.  Application for bail presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.  *Elmer C. Kissane* in opposition.

No. 1406.  MONKS *v.* NEW JERSEY.  Sup. Ct. N. J. [Certiorari granted, *ante*, p. 903.]  Motion of petitioner for the appointment of counsel granted.  It is ordered that *Anthony G. Amsterdam, Esquire,* of Philadelphia, Pennsylvania, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 2096, Misc.  STRAUSS *v.* SMITH, WARDEN.  Motion for leave to file petition for writ of habeas corpus denied. *Solicitor General Griswold* in opposition.